CLOSED, HABEAS

# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08−cv−00628−LEW−CMK

(HC) Chen v. Sisto  
Assigned to: Senior Judge Ronald S.W. Lew  
Referred to: Magistrate Judge Craig M. Kellison  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/21/2008  
Date Terminated: 03/31/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Michael Chen**　　　　　　　　　　　　　　　represented by **Michael Chen**  
P−40268  
TALLAHATCHIE COUNTY CORRECTION FACILITY  
295 US Highway 49 South  
Tutwiler, MS 38963  
PRO SE

V.

**Respondent**

**D.K. Sisto**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2008 | "1 | PETITION for WRIT of HABEAS CORPUS by Michael Chen.(Kastilahn, A) (Entered: 03/25/2008) |
| 03/25/2008 | "2 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Kastilahn, A) (Entered: 03/25/2008) |
| 03/31/2008 | "3 | ORDER, CASE TRANSFERRED to the Northern District of CA signed by Magistrate Judge Craig M. Kellison on 3/31/08. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Yin, K) (Entered: 03/31/2008) |
| 03/31/2008 | " | SERVICE BY MAIL: 3 Order, Case Transferred Out to Another District served on Michael Chen. (Yin, K) (Entered: 03/31/2008) |