IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHEN, ) | |
| ) | |
| Petitioner, ) | No C 08-1766 VRW (PR) |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| D K SISTO, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

On April 4, 2008, the court notified petitioner in writing that the instant action for a federal writ of habeas corpus was deficient because he did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner still has not filed the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.08\Chen, M1.dismiss.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CHEN,

        Plaintiff,

  v.

D.K. SISTO et al,

        Defendant.

Case Number: C08-1766 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Chen P-40268  
TALLAHATCHIE COUNTY CORRECTION FACILITY  
295 US Highway 49 South  
Tutwiler, MS 38963

Dated: May 23, 2008

                                          Richard W. Wieking, Clerk  
                                          By: Cora Klein, Deputy Clerk

                                          *Cora Klein* (signature)